**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 19-10143-JWB |
| DEFENDANT | TYPE OF PROCESS  Notice |
| Cornel A. Owens | FORFEITURE ~~ORDER & NOTICE~~ |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
D Bailey
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Iola, KS 66749

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Annette Gurney
Assistant United States Attorney
301 N. Main, Suite 1200
Wichita, Kansas 67202

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 9 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Please send US Mail and US Mail, Certified, Return Receipt Requested

18-STL-000475

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 316-269-6481
DATE: 5/11/22

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 9 of 9
District of Origin No. 31
District to Serve No. 31
Signature of Authorized USMS Deputy or Clerk: Tracy Williams
Date: 5-16-22

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below).

Name and title of individual served (if not shown above)

Date: 6-13-22  unexecuted
Time: [ ] am [ ] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy: Tracy Williams

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**

First Class Mail Sent          05/20/2022
Certified Mail Sent            05/20/2022
Certified Mail Returned as Unclaimed 06/13/2022
Returned to the USAO           06/21/2022

Form USM-285
Rev. 03/21